No. 91–7181. KEMP *v.* MOORE, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–7229. LaBOUNTY *v.* COUGHLIN, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 2d Cir. Certiorari denied.

No. 91–7231. EDWARDS *v.* UNITED STATES; and
No. 91–7335. GRIFFIN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 945 F. 2d 378.

No. 91–7243. STEWART *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–7252. NEWMAN ET AL. *v.* ORENTREICH. Ct. App. N. Y. Certiorari denied.

No. 91–7269. CAMPUSANO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–7292. AMOS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 91–7301. COPELAND *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–7304. SOMERS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–7313. KNIGHT *v.* MARICOPA COUNTY SHERIFF'S OFFICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–7323. TARPLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7337. HARLAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7344. REYNOLDS *v.* LOCAL 24, UNITED STEEL WORKERS OF AMERICA, ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–7356. MARAVILLA *v.* UNITED STATES; and
No. 91–7363. DOMINGUEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Reported below: 951 F. 2d 412.